(C.A.S.M.) Ms. China Anne McClain and Garrett, Johnnie (4-16-17) 5:17-CV-292-OC-10PRL

To, Clerk of the Court, 750 Missouri Ave, East St. Louis, Illinois, 62201

Ms. China Anne McClain and Mr. Johnnie Garrett, Plaintiffs
— versus —
Ms. Rocsi Diaz
Defendants (4-16-17)

Prisoner's Civil Rights Lawsuits $60,000,000, 92 U.S.C. 1983 (17-100-72 R.10) Dorsett, 8-12-19, 8 R.1.6.6, 27(2-17) (11402N) Civil Rights Actions No. (N20411) 17-CV-026 G.K.S.) 17-CV-00267, S.m.Y.) 6:17-CV-265 F.B.S. C.B.M. 91 (5-12-19) (04cx 2779L)

Subject:

Order and First Report and Recommendations (4-18-17) and motion to dismiss Indictment and Writ of Habeas Corpus petition a court to grant visitations, So Ms. China Anne McClain can answer people of Illinois state questions they are asking me!
Exonerate from prison

105. Ms. China Anne McClain, people of Illinois is a story teller, do you know the truth?
106. Ms. China Anne McClain, when you visited Illinois, come pick up a copy of your book?
107. Ms. China Anne McClain, why do you think plaintiffs did this book for you?
108. Ms. China Anne McClain, everything you want to know is in your books.

✓ This Investigation) Invocation) Invidious) Investment) Interview
✓ Is over) The media, Information and Broadcasting is over)
✓ The media) medium) medallion) questing is over) you can now
  return back to your normal life as a school for training!!!

(1) 11402N Garrett, Johnnie          (2) N20411 Garrett, Johnny
(3) Mr. McClain J. Garrett (8-16-17)  (4) Mr. Johnnie Garrett 8-12-16
    New Name Signature

FILED 2017 JUN 27 PM 1:33 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL OCALA, FLORIDA

Public Notary

Subscribed and sworn to before me this _____ day of _____ year _____
Witness my hand and official seal _____

Dorsett 8-12-16                    118

AO 241 (Rev. 5/85)

PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District _Perry County_ |
|---|---|
| Name _Garrett, Johnnie_ | Prisoner No. _N24411 (11902N)_ Case No. _04CR22442_ |
| Place of Confinement _Pinckneyville, P.O. Box 999, Pinckneyville Illinois, 62274-2-577 (F2 8A)_ | |
| Name of Petitioner (include name under which convicted) _Mrs. Cathy Anne McClain and Mr. Johnnie Garrett, plaintiffs_ -versus- | Name of Respondent (authorized person having custody of petitioner) _People of Illinois, State Lawyer, Counselor Attorney_ |
| The Attorney General of the State of: _Illinois_ | |

## PETITION

1. Name and location of court which entered the judgment of conviction under attack _2600 South California, Chicago Illinois, 60608, Cook Illinois, Criminal_

2. Date of judgment of conviction _Nov. 15 2007_

3. Length of sentence _25 years_

4. Nature of offense involved (all counts) _Agg. Arson_

___

___

___

5. What was your plea? (Check one)
   (a) Not guilty  ☑
   (b) Guilty  ☐
   (c) Nolo contendere  ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

___

___

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☐
   (b) Judge only  ☑

7. Did you testify at the trial?
   Yes ☑  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☑  No ☐

(2)

(State of Michigan)

New Names-2016, Lawsuits Concluded, 96/050/005

Mr. J. Garrett McClain and Mrs. China Anne McClain, 7-18-16

United States Bank of America

Power of Attorney and Management

<u>United States Supreme Court</u>

Ms. Lauryn McClain and Garrett)

67. Don't Be They A Friends for money.
68. Do not look down on someone who is unattractive
69. If you are wise, you will be careful in everything you do.
70. Don't fall into the habit of coarse profane talk, it is sinful,
71. But foolish people are always contradicting themselves.

Ms. China Anne McClain and Johnnie)

72. Don't miss your chance to marry a wise and good woman.
73. Don't interrupt while someone is speaking
74. Never repeat what you hear, and you will have no regrets
75. Sexual sins, There will be a curse on her memory
76. When someone starts winking at you, he or she has something bad in mind

Ms. Sierra McClain and Johnny)

77. Do not challenge a person who has been influence.
78. Don't take part in decisions that are being made by sinners
79. You can know people by their appearance,
80. Sexual sins, There will be a curse on his memory.
81. Anger and a hot temper are horrible things
82. Over your money in Illinois, under stated, nourishment

Ms. China Anne McClain and Garrett, Johnnie (Legislative)
Ms. Lauryn McClain and Garrett (Executive)
Ms. Sierra McClain and Johnny (Judicial)

(18 years old)     1-800-316-5237     Johnnie Norbett
(August 25)        1-800-790-5844     Signature 5-18-15

Ms. Sierra McClain and Johnny, 63-69-9, Copyrights, Wealth Front. Com

1988, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1989, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1990, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1991, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1992, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1993, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1994, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1995, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1996, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1997, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1998, 2014, Family Spending Then Family Interest 200,000⁷ Invested
1999, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2000, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2001, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2002, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2003, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2004, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2005, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2006, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2007, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2008, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2009, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2010, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2011, 2014, Family Spending Then Family Interest 200,000⁷ Invested
2012, 2014, Family Spending Then Family Interest 200,000⁷ Invested

# State of Illinois Department of Corrections
## Pinckneyville Correctional Center
### Commissary Order L.C.A.S.W.

NIS

$ 017
Trust Fund Account Balance

Date _____ 20___

_____ AM/PM

Assignment: rm. mcclain T. Gordon

ID No. N20411  Name _____  House 8  Cell 19

| Quantity | Articles | Substitution |
|---|---|---|
| 1 | Tooth Brush | |
| 1 | Soap Dial | |
| 1 | Soap Irish Springs | |
| 1 | Petroleum Jelly | |
| 2 | Small Pen | |
| 1 | Tooth Paste | |
| 1 | Razor | |
| 1 | Skin Care Lotion | |
| 1 | Television | |
| 2 | Video Cable | |
| 1 | MP3 Splitter | |
| 1 | Ear Buds | |
| 1 | Stereo Cable | |
| 1 | Hot Pot | |

DCA #260-53497 (eff. 04/00)
IL #426-23808

Ms. Carolyn McC[lain]
Ms. China Anne McClain and Johnnie
Ms. Sienna McClain and Johnny

---

The people of the state of Illinois
is breaking people property at
Pinckneyville Correctional Center
in segregation and stealing
family pictures and refusing to
replace them or buy you a new
T.V. They have broken 2 mikes,
This should be ground for relief
in court. They broke my T.V.
in segregation and never replace it.
lawsuit

M/S Represent

handwritten: *Ms. China Anne McClain (Noose 4 pages) 2016*

# Monday Midday

Mountain time zone subscribers: All networks listed are East feed zones unless noted with -W. If your station does not match the listed feed, add 3 hours to the air time.

| CENTRAL | 8AM | 8:30 | 9AM | 9:30 | 10AM | 10:30 | 11AM | 11:30 | 12PM | 12:30 | 1PM | 1:30 | 2PM | 2:30 | 3PM | 3:30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOUNTAIN | 7AM | 7:30 | 8AM | 8:30 | 9AM | 9:30 | 10AM | 10:30 | 11AM | 11:30 | 12PM | 12:30 | 1PM | 1:30 | 2PM | 2:30 |

## HBO

| Network | Programming |
|---|---|
| HBO | (:10) Paper Towns ★★ ('15) 'PG-13' / 5 Flights Up ★★★ ('14) 'PG-13' / (:40) Hunts / (11:55) John Grisham's The Rainmaker ('97) / (:15) Spy / The Gathering Storm ★★★ |
| HBO-W | The Muppet Christmas Carol ('92) / On a Clear Day ★★★ ('05) / (:10) Paper Towns ★★ ('15) 'PG-13' / 5 Flights Up ★★★ ('14) 'PG-13' / (:40) Hunts / (:55) John Grisham |
| HBO2 | Home Alone ★★★ / 2016 Rock and Roll Hall of Fame Induction Ceremony / Evan Almighty ★★ ('07) 'PG' / (:40) Furious / (:55) Autumn in New York ★★ / (:40) Furio |
| HBOC | Club Para. / (:20) Strictly Business / (:45) Vacation ★★ ('15, Comedy) Ed Helms 'R' / (:25) The Haunted Mansion ★★ / (12:55) The Best Little Whorehouse in Texas / (:50) Appropriate |
| HBOF | Curious / Pinky Dinky / Happily / Happily / Dr. Seuss' How the Grinch Stole Christmas / (11:50) The Iron Giant ★★★ / (:20) Baby's Day Out ★★ ('94) / Electric / Crashbox |
| HBOS | Kissing Jessica Stein / (:15) Heart of a Dog ★★★ ('15) / (:45) A Knight's Tale ★★ ('01, Adventure) 'PG-13' / (12:50) Kingsman: The Secret Service ★★★ / (:05) Breach ★★★ |
| HBOZ | Take the Lead ★★ ('06) 'PG-13' / (:45) The Purge: Anarchy ★★ ('14, Action) 'R' / The Pyramid ★★ ('14) 'R' / Deuce Bigalow: Male Gigolo ('99) / Run All Night ★★★ ('15) 'R' |

## CINEMAX

| Network | Programming |
|---|---|
| MAX | Meet / (:40) Mystic Pizza ★★★ ('88) / Julia Roberts 'R' / (:25) Dawn of the Planet of the Apes ★★★ / (:35) Child 44 ★★ ('15, Mystery) Tom Hardy 'R' / (:55) Point-No Retrn |
| MAX-W | Hard Trgt. / (:35) Mr. Nice Guy ★★★ ('97) / (:05) Meet Dave ★★ ('08) 'PG' / (:50) Mystic Pizza ★★★ ('88) Julia Roberts 'R' / (:25) Dawn of the Planet of the Apes ★★★ / (:35) Child |
| MMAX | Another Me ('13) / (:55) The Heartbreak Kid ★★ ('07) 'R' / (10:55) Jet Li's Fearless ★★★ / (:40) Dumb and Dumber To ★★ ('14) 'PG-13' / Deception ★★ ('08, Suspense) 'R' |
| AMAX | Into Storm / (:35) A.I.: Artificial Intelligence ★★★ ('01) 'PG-13' / (:05) The Great Raid ★★★ ('05, War) Benjamin Bratt 'R' / (:20) Blood Diamond ★★★ ('06) 'R' / (:45) Maze |
| 5MAX | Van Helsing ★★ ('04) 'PG-13' / (:05) Final Analysis ★★★ ('92) / (:10) Assassins ★★ ('95, Action) 'R' / (:25) The Fly ★★★ |
| MVMAX | Mr. Destiny ★★ ('90) 'PG-13' / (:20) Baby Boy ★★★ ('01, Drama) 'R' / Lost in Space ★★ ('98) William Hurt 'PG-13' / (:45) Vice ★ ('15, Action) Bruce Willis 'R' / (:25) Child |
| OMAX | The Real McCoy ★★ ('93) / (:20) The Specialist ★★ ('94) 'R' / (:15) Black Rain ★★★ ('89, Crime Drama) 'R' / (:25) The Longest Yard ★★★ ('74) 'R' / Balls |
| THMAX | Talk Radio ★★★ ('88) 'R' / (:40) John Carpenter's Ghosts of Mars ★★ / (:20) Flash of Genius ★★★ ('08) 'PG-13' / (:20) Before the Rains ★★ ('07) / House ★ ('08) 'R' |

## SHOWTIME

| Network | Programming |
|---|---|
| SHO | Paddington ★★★ / (:15) Good Will Hunting ★★★★ ('97, Drama) 'R' / (:25) Alonzo Bodden / The Talented Mr. Ripley ★★★★ ('99, Drama) 'R' / Last Vegas ★★★ |
| SHO-W | Hot Rod / (:20) The Lovely Bones ★★★ ('09) 'PG-13' / (:40) Paddington ★★★ ('14) 'PG' / (:15) Good Will Hunting ★★★★ ('97, Drama) 'R' / (:25) Alonzo Bodden / Talented |
| SHO2 | Duets ★★ ('00) Huey Lewis 'R' / Paper Planes ('14, Adventure) 'NR' / (:10) Garm Wars: The Last Druid / (:45) Manglehorn ★★ ('14, Drama) 'PG-13' / Spymasters: CIA |
| SHOB | Honey, I Shrunk the Kids ★★★ / The Culling ('15, Horror) 'NR' / The Hunters ('13, Adventure) 'PG' / Compound Fracture ('13) 'NR' / Jessabelle ★★ ('14) 'PG-13' / Texas |
| SHOF | Mr. Holland's Opus ★★★ ('95) / (:40) Molly Moon and the Incredible Book / Dark Water ★★ ('05) 'PG-13' / (:15) Life of a King ★★ ('13) 'PG-13' / Alone for Christmas |
| SHOH | Dont Blink / (:35) Boyhood ★★★★ ('14, Drama) Ellar Coltrane 'R' / Wrong Side of Town ★ ('10) 'R' / Bubble Boy ★ ('01) 'PG-13' / Big Significant Things ('14) 'NR' |
| SHOS | Growing Up and Other Lies ('14) / Lovesick ('14) Matt LeBlanc 'NR' / I Am Giant: Victor Cruz / The Pink Panther ★★ ('06) 'PG' / (:25) Brand: A Second Coming ('15) 'R' / (:20) Royal |
| SHOWN | Pride ('14) / (:35) Knock Knock, It's Tig Notaro / (:55) Ping Pong Summer ★★ / Bernie ★★★ ('11) 'PG-13' / (:10) A Mighty Heart ★★★ ('07) 'R' / Clouds of Sils Maria |
| SHOX | Ride-Whirl / Along Came a Spider ★★ ('01) / (:15) Steve McQueen: The Man & Le Mans / The Jackal ★★ ('97, Suspense) 'R' / (:05) Rampart ★★★ ('11, Crime Drama) 'R' |

## TMC

| Network | Programming |
|---|---|
| TMC | Arach. / The Bear ★★★ ('88) 'PG' / (:10) The Joneses ★★ ('09) Demi Moore 'R' / (11:50) Arthur & Merlin ('15) 'NR' / (:40) The Who Live in Hyde Park / Atari |
| TMCX | The Hand That Rocks the Cradle / Dragon: The Bruce Lee Story ★★★ ('93) / Kelly & Cal ★★★ ('14, Comedy-Drama) 'R' / Alfie ★★ ('04, Comedy-Drama) 'R' / (:20) E.T. |

## STARZ

| Network | Programming |
|---|---|
| STARZ | Doom ★★ ('05) The Rock 'R' / (:45) The Ghost and the Darkness ★★★ 'R' / (:35) Chain Reaction ★★ ('96, Action) 'PG-13' / (:31) Infinitely Polar Bear ★★★ / (:05) Girlfri / (:35) City |
| STARZ-W | Extinction ('15) 'R' / (:35) City Slickers II-Curly's Gold / (10:53) Doom ★★ ('05) 'R' / (:45) The Ghost and the Darkness ★★★ 'R' / (:35) Chain Reaction ★★ ('96) |
| STRZCI | Jesus' Son ★★★ 'R' / Marie Antoinette ★★★ ('06) 'PG-13' / (:05) Leviathan ★★★ ('14, Drama) Elena Lyadova 'R' / Mr. Turner ★★★ ('14, Docudrama) Timothy Spall 'R' |
| STRZCO | Pimpin Pee Wee ('09) / (:35) Let It Ride ★★ ('89) 'PG-13' / Mannequin ★★ ('87) 'PG' / (:05) Ricki and the Flash ★★ ('15) 'PG-13' / (:50) So I Married-Murderer / Cake ('05) |
| STRZED | Ghost Rdr / (:37) Into the Woods ★★★ ('14, Musical) 'PG' / (10:48) Aloha ★★ / (:40) Outlander / (:35) Firestarter ★★ ('84) 'R' / (:25) Alien |
| STRZIB | Hard Rain ★★ ('98) / (:35) Cursed ★★ ('05) 'PG-13' / (:35) Enemies Closer ('13) 'R' / (:00) Resident Evil: Extinction ★★ / (:45) Original Gangstas ★★ ('96, Action) 'R' / Rocky II |
| STRZKF | Flipper / (:44) Sgt. Bilko ★ ('96, Comedy) 'PG' / (:20) Eight Below ★★★ ('06, Adventure) 'PG' / (:22) Thomas-Magic Railroad / (:49) Flipper ★★ ('96) 'PG' / (:25) Fresh |

## STARZ ENCORE

| Network | Programming |
|---|---|
| ENCORE | Cars ('06) / (:20) Arlington Road ★★★ ('99, Suspense) 'R' / (:20) Dances With Wolves ★★★★ ('90, Historical Drama) 'PG-13' / (:25) Predator ★★★ ('87) 'R' / (:15) Usual Suspects |
| EACTN | Fatal Beauty ★ 'R' / (:35) The Count of Monte Cristo ★★★ ('02) / (:10) The Contractor ★★ ('07, Action) 'R' / (12:55) The Last Boy Scout ★★★ / (:45) Night Watch ★★ ('04) 'R' |
| ECLASS | (:05) The Rookie ★★★ ('02, Drama) Dennis Quaid 'G' / (:20) The Last Ride ★★ ('94) 'R' / (:10) The Beach ★★ ('00, Drama) 'R' / (:15) F/X ★★★ ('86, Suspense) 'R' |
| EBLACK | (:05) Mean Guns ★★ ('97, Action) Ice-T 'R' / Nurse Betty ★★★ ('00, Comedy) 'R' / (11:55) Girl, Interrupted ★★ ('99) 'R' / (:05) The Pursuit of Happyness ★★★ ('06) |
| EFAMLY | Home Aln / (:40) The Karate Kid Part III ★★ ('89) 'PG' / (:34) Smokey and the Bandit II / (:15) The Out-of-Towners ★★★ ('70) 'G' / (:15) Victor and the Secret / Princess |
| ESUSP | Innocence / (:35) No Good Deed ★ ('14) / Betrayal of the Dove ★★ ('92) / (:35) Signs ★★★ ('02, Suspense) 'PG-13' / (:25) Innocence ★ ('13) 'PG-13' / Vampire's Kiss ★★ |
| EWESTN | (:10) Purgatory ★★★ ('99) / (:45) Valdez Is Coming ★★★ ('71) 'PG-13' / (:20) The Avenging Angel ★★★ / Maverick / (:51) Earp / (:20) Mast's / (:50) Guns / (:20) Cheye |

| CENTRAL | 8AM | 8:30 | 9AM | 9:30 | 10AM | 10:30 | 11AM | 11:30 | 12PM | 12:30 | 1PM | 1:30 | 2PM | 2:30 | 3PM | 3:30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOUNTAIN | 7AM | 7:30 | 8AM | 8:30 | 9AM | 9:30 | 10AM | 10:30 | 11AM | 11:30 | 12PM | 12:30 | 1PM | 1:30 | 2PM | 2:30 |
| A&E | Parking Wars | | Storage | Storage | Storage | Duck D. | Duck D. | Duck D. | Dog the Bounty Hunter | | Dog. | Dog. | The First 48 | | The First 48 | |
| AHC | Ultimate Warfare | | Ultimate Warfare | | Ultimate Warfare | | Ultimate Warfare | | Ultimate Warfare | | Ultimate Warfare | | Ultimate Warfare | | Ultimate Warfare | |
| AMC | Cobra ★ ('86, Action) Sylvester Stallone | | | | Die Hard ★★★ ('88, Action) Bruce Willis; Alan Rickman | | | | | | Rambo: First Blood Part II ★★ ('85) | | | | We Were Soldiers | |
| BBCA | Kitchen Nightmares | | Kitchen Nightmares | | Star Trek: Next | | Star Trek: Next | | Star Trek: Next | | Star Trek: Next | | Star Trek: Next | | Man vs. Wild | |
| BET | Martin | Martin | Prince | Prince | Payne | Payne | Let the Church Say Amen ('15, Drama) Steve Harris 'TVG' | | | | Payne | Payne | Payne | Payne | Payne | Payne |
| BRAVO | Shahs of Sunset | | Shahs of Sunset | | Shahs of Sunset | | Real Housewives-Dallas | | Real Housewives-Dallas | | Real Housewives-Dallas | | Real Housewives-Dallas | | Southern Charm | |
| CMT | CMT Music | | Movie | | | | Last Man | Steve Austin's | | Cowboys Cheerleaders | | Reba | Reba | Reba | Reba | |
| CNBC | Squawk on the Street (N) | | | | Squawk Alley (N) | | Fast Money Halftime | | Power Lunch (N) | | | | Closing Bell (N) | | | |
| CNN | CNN Newsroom | | CNN Newsroom | | At This Hour With | | Legal View | | Wolf (N) | | CNN Newsroom | | CNN Newsroom | | Jake Tapper | |
| COM | Comedy | Nightly | Daily Show | Saturday Night Live | | (:45) Saturday Night Live | | | Archer | Archer | Archer | Archer | Archer | Archer | Archer | Archer |
| COOK | Symon's | Emeril | Sweet Julia | Laura | Brunch at | Mexican | Not My | Kelsey's | Extra Vir. | Extra Vir. | Italian | Italian | Tia Mowry | Tia Mowry | Grandm. | Eat St. |
| CTOON | Baby Lny. | Baby Lny. | Tom & Jerry | | Movie | | | Teen Titans | Uncle Gra. | Uncle Gra. | Clarence | We Bare | Teen Titans | Gumball | Gumball | Teen Titans |
| DEST | Born Dealers | | Born Dealers | | Born Dealers | | A Haunting | | A Haunting | | A Haunting | | A Haunting | | Jack the Ripper-Amer. | |
| DISC | American Chopper | | Fast N' Loud | | Fast N' Loud | | Fast N' Loud | | Fast N' Loud | | Fast N' Loud | | Fast N' Loud | | Street Outlaws | |
| DISN | Wil. West | Doc McSt. | Doc McSt. | Liv-Mad. | Liv-Mad. | Liv-Mad. | Jessie | Jessie | TBA | | | | I Didn't | I Didn't | Movie | |
| DISNXD | Phineas | Phineas | Phineas | Phineas | The 7D | The 7D | Ultimate | Ultimate | Phineas | Phineas | Phineas | Phineas | Disney XD | Yo-Kai Wa | Penn Zero | Pickle |
| DIY | Hse Crash | Hse Crash | Hse Crash | Hse Crash | Hse Crash | Hse Crash | Hse Crash | Hse Crash | Hse Crash | Hse Crash | Hse Crash | Hse Crash | YardCrash | YardCrash | YardCrash | YardCrash |
| DLC | Hoarding: Beh. | | Extreme Bodies | | Emergency | | Emergency | | Untold Stories of the ER | | | | Hoarding: Beh. | | Extreme Bodies | | Emergency |

Case 5:17-cv-00202-WTH-PRL   Document 1   Filed 06/27/17   Page 8 of 11 PageID 8

Primetime — Get a FREE digital version! Sign up at www.channelguidemag.com/allaccess/ — Sunday 8

| CENTRAL | 4PM | 4:30 | 5PM | 5:30 | 6PM | 6:30 | 7PM | 7:30 | 8PM | 8:30 | 9PM | 9:30 | 10PM | 10:30 | 11PM | 11:30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MOUNTAIN | 3PM | 3:30 | 4PM | 4:30 | 5PM | 5:30 | 6PM | 6:30 | 7PM | 7:30 | 8PM | 8:30 | 9PM | 9:30 | 10PM | 10:30 |
| ESPN | ◉ MLS Soccer (L) | | SportsCenter (L) | | Baseball Tonight | | ◉ MLB Baseball *Boston Red Sox at New York Yankees* (L) | | | | | | SportsCenter (L) | | | SportCtr |
| ESPN2 | Shorts | 30 for 30 | 30 for 30 | | SportsCenter (L) | | ♦ 2016 Invictus Games *Opening Ceremony* (L) | | World of X Games | | E:60 | | | | 30 for 30 | |
| ESPNC | 30 for 30 | | 30 for 30 | | 30 for 30 *Maurice Clarett and Jim Tressel.* | | | | Generation Iron ★★✦ ('13, Documentary) | | Roll Tide/War Eagle | | 30 for 30 | | | |
| EWTN | Mother Angelica | | Mother Angelica | | World Over Live | | Sunday Night Prime (N) | Symbolon | Preaching | | With Cardinal Dolan | | Best of Mother Angelica | | Sunday Mass | |
| FLIX | ‹Englishmen Who Went Up a Hill | | | Panic ★★★ ('00, Drama) | | | Chasing Amy ★★★ ('97, Romance-Comedy) | | | | Jersey Girl ★★✦ ('04) *Liv Tyler* | | | (:45) The Station Agent ★★★ | | |
| FNC | MediaBuzz | | Fox News Sunday | | FOX Report (N) | | Fox News Reporting | | Stossel | | The Greg Gutfeld Show | | Fox News Reporting | | FOX Report | |
| FOOD | Chopped | | Spring Baking | | Guy's Grocery Games | | Food Network Star (N) | | Spring Baking | | Cutthroat Kitchen (N) | | Cooks vs. Cons | | Spring Baking | |
| FREFM | ‹Parent | Forrest Gump ★★★★ ('94, Comedy-Drama) *Tom Hanks* | | | | | | | (:45) Mrs. Doubtfire ★★★ ('93, Comedy) *Robin Williams, Sally Field* | | | | | | Joel Osteen | Jeremiah |
| FS1 | UFC Post Fight Show (L) | | Red Bull: Air Race | | | | ◉ MLS Soccer *New York City FC at D.C. United* (L) | | | | The Ultimate Fighter | | UFC Countdown | | Prelims | |
| FX | ‹Thor ('11) | Thor: The Dark World ★★✦ ('13, Action) | | | | | Captain America: The First Avenger ★★★ ('11, Action) | | | | The Avengers ★★★✦ ('12, Action) *Robert Downey Jr.* | | | | | |
| FXM | Date Night ★★✦ ('10, Romance-Comedy) | | | | This Is 40 ★★★ ('12, Romance-Comedy) *Paul Rudd* | | | | (:45) This Is 40 ★★★ ('12, Romance-Comedy) *Paul Rudd, Leslie Mann* | | | | | | Universe | |
| FXX | Simpsons | Simpsons | Simpsons | Simpsons | Simpsons | Simpsons | The Simpsons Movie ★★★ ('07, Comedy) | | | | The Simpsons Movie ★★★ ('07, Comedy) | | | | In Color | In Color |
| GOLF | ⛳ PGA Tour Golf (L) | | | | Golf Central (L) | | PGA Tour Golf *Wells Fargo Championship, Final Round From the Quail Hollow Club in Charlotte, N.C.* | | | | | | | | Golf C'tral | |
| GSN | Idiotest | Idiotest | FamFeud | FamFeud | FamFeud | FamFeud | FamFeud | FamFeud | FamFeud | FamFeud | FamFeud | FamFeud | Baggage | Baggage | Baggage | Baggage |
| HALL | Just the Way You Are ('15, Romance) 'TVG' | | | | Hearts of Spring ('16, Romance) 'TVG' | | | | Good Witch (N) | | Gold Girls | Gold Girls | Gold Girls | Gold Girls | Gold Girls | Gold Girls |
| HALLMV | ‹Hello, It's Me ('15) | | Cast Away ★★★ ('00, Drama) *Tom Hanks, Helen Hunt* | | | | | | A Family Reunion ('13, Drama) 'TVG' | | | | Meet My Mom ★★★ ('10, Romance) 'TVPG' | | | |
| HGTV | Fixer Upper | | Fixer Upper | | Fixer Upper | | Lakefront | Lakefront | Caribbean | Caribbean | Island Life | Island Life | Hunters | Hunt Intl | Caribbean | Caribbean |
| HIST | ‹TBA | | | | American Pickers | | American Pickers | | American Pickers | | (:05) American Pickers | | American Pickers | | | |
| HSN | Electronic Connection (N) | | Proform Fitness (N) | | Home Solutions (N) | | Jnny McCrthy Spcl (N) | | Jnny McCrthy Spcl (N) | | Electronic Connection (N) | | Electronic Connection (N) | | Food Favorites (N) | |
| ID | Deadly Women | | Evil Stepmothers | | Evil Stepmothers | | Evil Stepmothers | | Evil Stepmothers | | On the Case, Zahn | | Evil Stepmothers | | Evil Stepmothers | |
| IFC | ‹Mommie Dearest ('81) | | Mommie Dearest ★★✦ ('81, Biography) *Faye Dunaway* | | | | | | Mommie Dearest ★★✦ ('81, Biography) *Faye Dunaway* | | | | | | Mommie Dearest ('81) | |
| LIFE | Movie | | | | Tyler Perry's Madea Goes to Jail ★★ ('09) | | | | The Real MVP: The Wanda Durant Story | | | | (:02) Tyler Perry's Madea Goes to Jail ★★ | | | |
| LMN | ‹The Good Mother | | A Mother Betrayed ('15, Suspense) *Lynn Collins* | | | | Where's My Baby? ('16, Suspense) | | | | Mother of All Lies ('15, Drama) | | | | Where's My Baby? | |
| MPLEX | ‹Multiplicity ★★★ ('96, Comedy) | | (:55) Look Who's Talking Too ★★ | | | | Coneheads ★★✦ ('93, Comedy) | | Ski Patrol ★✦ ('90, Comedy) | | | | (:05) Orca ★✦ ('77, Horror) | | | (:40) TopD |
| MSNBC | Caught on Camera | | Caught on Camera | | Caught on Camera | | Caught on Camera | | Caught on Camera | | Lockup | | Lockup | | Lockup | |
| NBC | The '90s | | The '90s | | The '90s | | Explorer (N) | | The Story of God | | Cradle of the Gods | | The Story of God | | Cradle of the Gods | |
| NGWLD | Killer Shrimp | | Killer Shrew | | Ultimate Honey Badger | | Giraffe: African Giant | | Little Giant (N) | | Strangest Bird Alive (N) | | Giraffe: African Giant | | Little Giant | |
| NICK | School | Thunder | Thunder | Henry | Kingdom | Kingdom | Nicky | Game | Full House | Full House | Full House | Full House | Friends | Friends | Friends | (:33) Friends |
| OUTD | ‹Major League Fishing | Outdoors | Africa | | Journey | Crush | Hunt Adv | Wildgame | Realtree | Hunting | Gregg Ritz | Bone Coll. | RMEF | Drop Zone | Archer's | Journey |
| OWN | Undercover Boss | | Undercover Boss | | Undercover Boss *Orkin* | | Undercover Boss | | Extreme Weight Loss *Nyla* | | | | Undercover Boss | | Extreme Weight Loss | |
| OXYG | Snapped | | Snapped | | Snapped | | Snapped | | Snapped: Killer Couples | | She Made Me Do It | | Snapped: Killer Couples | | Living With | Like a Boss |
| QVC | Colors of Gemstone Jewelry | | | | Carolyn's Closet | | | | | | Susan Graver Style | | LOGO by Lori | | Swim Style | |
| SCI | How/Made | How/Made | How/Made | How/Made | MythBusters | | MythBusters | | MythBusters | | MythBusters | | MythBusters | | MythBusters | |
| SPIKE | Bar Rescue | | Bar Rescue | | Bar Rescue | | Bar Rescue | | Bar Rescue (N) | | Life or Debt (N) | | Bar Rescue | | Bar Rescue | |
| SUND | ‹Psycho ★★★★ ('60, Horror) | | | | The Others ★★★ ('01, Suspense) *Nicole Kidman* | | | | Psycho ★★★★ ('60, Horror) *Anthony Perkins, Janet Leigh* | | | | The Others ★★★ ('01) | | | |
| SYFY | ‹The Fifth Element | | John Carter ★★✦ ('12, Science Fiction) *Taylor Kitsch, Lynn Collins* | | | | | | Starship Troopers ★★★ ('97, Science Fiction) *Casper Van Dien* | | | | Tremors 5: Bloodlines | | | |
| TBN | Bal. Living | G. Dickow | Potters | Everyday | Lead Way | Blessed Life | Joel Osteen | K. Shook | Copeland | Creflo Doll | Exodus ★★★✦ ('60, Historical Drama) *Paul Newman, Eva Marie Saint* | | | | | |
| TBS | ‹Twister ★★★ ('96) | | (:15) Oz the Great and Powerful ★★✦ ('13, Fantasy) *James Franco* | | | | | | Theory | Theory | Theory | Theory | The Detour | The Detour | The Detour | The Detour |
| TCM | ‹Mildred Pierce ('45) | | Light in the Piazza ★★★ ('62, Drama) | | | | Sounder ★★★★ ('72, Drama) *Cicely Tyson* | | | | I Remember Mama ★★★★ ('48, Comedy-Drama) | | | | Mockery | |
| TELE | Noticiero | Videos | Pelicula | | Pelicula | | Gran Hermano (N) | | | | La Biblia | | Titulares | Videos | Pelicula | |
| TLC | Sister Wives | | Who Do You | | Who Do You | | Sister Wives *Episode 14* (N) | | | | Single Dad Seeking... (N) | | Sister Wives *Episode 14* | | | |
| TNT | ‹Pirates of the Caribbean: On Stranger Tides ★★✦ ('11) | | | | Tip-Off | | ◉ NBA Basketball *Conference Semifinal: Teams TBA* (L) | | | | | | Inside the NBA (L) | | NBA Basketball | |
| TRU | Imp. Jokers | Imp. Jokers | Imp. Jokers | Imp. Jokers | Late Snack | Late Snack | Funniest | Funniest | Funniest | Funniest | Funniest | Funniest | Knockout | (:31) Knock | (:02) Funnie | (:32) Funnie |
| TRVL | Food Paradise | | Food Paradise | | Food Paradise | | Food Paradise | | America Declassified (N) | | America Declassified | | Mysteries-Museum | | America Declassified | |
| TVLND | Reba | Reba | Reba | Reba | Reba | Reba | Reba | Reba | Raymond | Raymond | George | George | King | King | King | King |
| UNHD | ⓕ ★★✦ | Drag Me to Hell ★★★ ('09, Horror) | | | Sports | | | | Sports | | Hanna ★★★ ('11, Action) *Saoirse Ronan* | | | | Drag Me | |
| UNIV | La Rosa de Guadalupe | | Durmiendo | Noticiero | Aquí y Ahora (N) | | Nuestra Belleza Latina | | | | Sal y Pimienta | | Durmiendo | (:35) Notici | República Deportiva | |
| USA | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Law & Order: SVU | | Mod Fam | Mod Fam | Mod Fam | Mod Fam | Mod Fam | Mod Fam |
| VEL | Unique Rides | | Unique Rides | | Unique Rides | | FantomWorks | | Street Outlaws | | Misfit Garage | | FantomWorks | | Street Outlaws | |
| WE | CSI: Miami | | CSI: Miami | | CSI: Miami | | CSI: Miami *Kill Clause* | | CSI: Miami | | CSI: Miami | | CSI: Miami *Bad Seed* | | CSI: Miami | |
| WGNA | Person of Interest | | Blue Bloods | | Blue Bloods | | Blue Bloods | | Blue Bloods | | Underground | | The Devil's Advocate ★★✦ ('97, Suspense) | | | |
| BROADCAST | 4PM | 4:30 | 5PM | 5:30 | 6PM | 6:30 | 7PM | 7:30 | 8PM | 8:30 | 9PM | 9:30 | 10PM | 10:30 | 11PM | 11:30 |

For your local weekday lineup, see pages 244-248

| | 4PM | 4:30 | 5PM | 5:30 | 6PM | 6:30 | 7PM | 7:30 | 8PM | 8:30 | 9PM | 9:30 | 10PM | 10:30 | 11PM | 11:30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ABC | ◉ NBA Basketball (L) | | Local Pro | ABC News | Funniest Home Videos | | Once Upon a Time (N) | | The Family *Eltcn Dy* (N) | | Quantico *Closure* (N) | | Local Programs | | | |
| CBS | ⛳ PGA Tour Golf (L) | | Local Pro | CBS News | 60 Minutes (N) | | Madam Secretary (N) | | The Good Wife *End* (N) | | Elementary (N) | | Local Programs | | | |
| FOX | Local Programs | | | | Brdrtwn (N) | Barrett | Simpsons | Burgers | Fmly Gy (N) | Last Man | Local Programs | | | | | |
| NBC | ◉ NHL Hockey (L) | | Local Pro | NBC News | Dateline NBC | | Little Big Shots (N) | | Carmichael | Crowded (N) | Dateline NBC (N) | | Local Programs | | Dateline NBC | |
| CW | Local Programs | | | | | | | | | | | | | | | |
| ION | Leverage | | Leverage | | Leverage | | Leverage | | Leverage | | Leverage | | NUMB3RS | | NUMB3RS | |
| PBS* | NOVA | | Weekend | Point Taken | Indies | | Drama | | Call the Midwife (N) | | Masterpiece Mystery! (N) | | Masterpiece Classic (N) | | Austin City Limits | Midwife |

(2) N205||  GARRETT JOHNNY
(4) MR. JOHNNIE GARRETT-(8/10-1)

(1) 11402N GARRETT JOHNNIE
(3) MR. MCCLAIN. J. GARRETT-(6/28/17)
New Name Signature

MR. MCCLAIN. J. GARRETT.

Ms. China Anne McClain and Johnnie (6-18-17) Received

Ms. Lauryn McClain and Tinashe

Ms. Sierra McClain and Tahiry

**JJH: ald**

This communication <u>does not</u> create an attorney-client relationship. The Illinois Innocence Project does not represent you at this time

Phone: (217) 206-6569 • Fax: (217) 206-7397

www.uis.edu/innocenceproject/

CLERK, UNITED STATES COURT OF APPEALS
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001-2866

OFFICIAL BUSINESS



UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
U.S. COURTHOUSE, ROOM G8
LOS ANGELES, CALIFORNIA 90012

## Serving Thousands



PERU

Salvationists joined with local authorities to provide relief in two communities in Lima, Peru area following flooding, mudslides earlier this year. Infrastucture damage made clean water and sanitation urgent needs. Thousands were impacted, with homes, businesses and means of livelihood lost. Ongoing aid included prevention of future damage from storms.

WAR CRY • MAY 2017